Michael D. Rounds
State Bar No. 4734
Matthew D. Francis
State Bar No. 6978
Ryan E. Johnson.
State Bar No. 9070
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company,<br><br>  Defendant. | Case No. 2:11-cv-00745-RLH-GWF<br><br>**(PROPOSED) TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |

## I. INTRODUCTION

On presentation and consideration of Plaintiffs Sandy Cooper and Garden Meadow, Inc.'s Complaint and Motion for Preliminary Injunction, with Application for Temporary Restraining Order and Order to Show Cause, as well as the supporting Declarations and a Memorandum of Points and Authorities, and for good cause shown, having determined that this Order should issue pursuant thereto; and it appearing to the Court, after due deliberation, that Defendant Ningbo Xingqiang Metallic Products Co., Ltd.'s ("Defendant") is actually engaged in committing and will continue to commit acts of copyright infringement via its sale or offer for sale, promotion, and marketing of products that infringe Plaintiffs' U.S. Copyright Registration Nos. VA 1-370-954, VA 1-425-762, VAu 967-188, VA 1-668-337, VA 1-747-291, VA 1-668-335, VA1-751-604, VAu 1-036-279, VA 1-679-965, VA 1-679-856, VA 1-684-990, VAu 1-002-

1

1   280, and Garden Meadow, Inc.'s "Solar Zen Birdcage" Copyright Application, causing

2   immediate and irreparable injury to Plaintiffs;

3       IT IS HEREBY ORDERED that Defendant appear before the Court at Courtroom <u>6C</u>,

4   United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada, 89101 at

5   <u>1:00 p.m.</u> on <u>May 25, 2011</u>, or as soon thereafter as counsel may be

6   heard, as to whether Plaintiffs have met their burden and a Preliminary Injunction should issue

7   pursuant to Rule 65 of the Federal Rules of Civil Procedure;

8       IT IS FURTHER ORDERED that pending disposition of Plaintiffs' Motion for

9   Preliminary Injunction, Defendant and its servants, agents, employees, successors and assigns,

10  and all persons acting in concert or privity with them, are hereby singly and collectively enjoined

11  from:

12      (a)    copying, making, manufacturing, using, possessing, selling, offering for sale,

13  disclosing, exhibiting, reproducing, creating derivative works from, distributing, shipping,

14  licensing, developing, delivering, marketing, advertising, displaying, or promoting any products

15  that infringe on Plaintiffs' copyrighted works protected by U.S. Copyright Registration Nos. VA

16  1-370-954, VA 1-425-762,  VAu 967-188, VA 1-668-337, VA 1-747-291, VA 1-668-335, VA1-

17  751-604, VAu 1-036-279, VA 1-679-965, VA 1-679-856, VA 1-684-990, VAu 1-002-280, and

18  Garden Meadow, Inc.'s "Solar Zen Birdcage" Copyright Application, including the products

19  shown on Exhibits N through U discussed in and attached to the May 11, 2011 declaration of

20  Sandy Cooper filed herewith and incorporated by reference herein; and

21      (b)    disposing of, destroying, moving, relocating, transferring, or taking out of the

22  State of Nevada the products shown on Exhibits N through U discussed in and attached to the

23  May 11, 2011 declaration of Sandy Cooper filed herewith, and incorporated by reference herein.

24      IT IS SO ORDERED that service of this Order be made on Defendant or its attorneys in

25  accordance with Fed. R. Civ. P. 4, on or before May <u>12</u> 2011 at 5 o'clock p.m.

26      IT IS FURTHER ORDERED that Defendant's affidavits and memorandum in opposition

27  to the Motion for Preliminary Injunction be served on Plaintiffs' attorneys by hand delivery or by

28  sending then by Federal Express or email so that they are received by Plaintiffs' attorneys by

May 18 at 4:00 p.m.  Plaintiffs shall serve any additional brief by hand delivery or Federal Express or email upon Defendant or its attorneys by May 20, 2011 @ 4 pm;

IT IS FURTHER ORDERED that the sum of $10,000.00 posted by Plaintiffs shall be security for the payment of such costs and damages as may be incurred and suffered by any party found to be wrongfully restrained.

_____
United States District Judge

Dated: May 11, 2011