Michael D. Rounds
State Bar No. 4734
Matthew D. Francis
State Bar No. 6978
Ryan E. Johnson
State Bar No. 9070
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SANDY COOPER, an individual,
GARDEN MEADOW, INC., a
Connecticut corporation,

        Plaintiffs,

v.

NINGBO XINGQIANG METALLIC
PRODUCTS CO., LTD., a Chinese
company,

        Defendant.

Case No. 2:11-cv-00745-RLH-GWF

**PRELIMINARY INJUNCTION ORDER**

On presentation and consideration of Plaintiffs Sandy Cooper's and Garden Meadow, Inc.'s (collectively "Plaintiffs") Complaint and Motion for Preliminary Injunction, with Application for Temporary Restraining Order and Order to Show Cause, as well as the supporting Declarations and a Memorandum of Points and Authorities, and also based on the Court's May 25, 2011 preliminary injunction hearing, and for good cause shown, having determined that this Order should issue pursuant thereto; and it appearing to the Court, after due deliberation, that Defendant Ningbo Xingqiang Metallic Products Co., Ltd.'s ("Defendant") is actually engaged in committing and will continue to commit acts of copyright infringement through its sale or offer for sale, promotion, and marketing of products that infringe Plaintiffs' U.S. Copyright Registration Nos. VA 1-370-954, VA 1-425-762,  VAu 967-188, VA 1-668-337,

VA 1-747-291, VA 1-668-335, VA1-751-604, VAu 1-036-279, VA 1-679-965, VA 1-679-856, VA 1-684-990, VAu 1-002-280, and Garden Meadow, Inc.'s "Solar Zen Birdcage" Copyright Application attached hereto as Exhibit A, causing immediate and irreparable injury to Plaintiffs;

IT IS HEREBY ORDERED that Defendant and its servants, agents, employees, successors and assigns, and all persons acting in concert or privity with them, are hereby singly and collectively enjoined from:

(a)   Copying, making, manufacturing, using, possessing, selling, offering for sale, disclosing, exhibiting, reproducing, creating derivative works from, distributing, shipping, licensing, developing, delivering, marketing, advertising, displaying, or promoting any products that infringe on Plaintiffs' copyrighted works protected by U.S. Copyright Registration Nos. VA 1-370-954, VA 1-425-762,  VAu 967-188, VA 1-668-337, VA 1-747-291, VA 1-668-335, VA1-751-604, VAu 1-036-279, VA 1-679-965, VA 1-679-856, VA 1-684-990, VAu 1-002-280, and Garden Meadow, Inc.'s "Solar Zen Birdcage" Copyright Application attached hereto as Exhibit A, including the products shown on Exhibit B attached hereto, and incorporated by reference herein; and

(b)   Disposing of, destroying, moving, relocating, transferring, or taking out of the State of Nevada the products shown on Exhibit B attached hereto, and incorporated by reference herein.

IT IS FURTHER ORDERED that the sum of $10,000 previously posted by Plaintiffs as security shall be adequate security for the payment of such costs and damages as may be incurred and suffered by any party found to be wrongfully restrained.

United States District Judge

Dated: May 25, 2011.

2

Exhibit A

Exhibit A

*-APPLICATION-*

## Title

Title of Work: solar zen birdcage

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: December 1, 2010      Nation of 1st Publication: United States

## Author

Author: Garden Meadow Inc.

Author Created: sculpture/3-D artwork

Work made for hire: Yes

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: Garden Meadow Inc.

124 Research Drive, Building G & H, Milford, CT, 06460, United States

## Certification

Name: Garden Meadow Inc.

Date: April 12, 2011



# Exhibit B

# Exhibit B





Model: XQSL216
Size: 35x15x14.5cm



Model: XQSL210
Size: 20.5x21x24.5cm



Model: XQSL211
Size: 16x14.5x22cm





Model: XQSL202
Size: 15.7x15.7x32cm

Model: XQSL203
Size: 15.5x15.5x32cm






Model: XOSL031
Name: Solar Lantern Light
Size: 12.3×12.3×39cm









Model XGSL01D
Name: Solar Moon Light
Size: 16×9×67cm

Night

