Michael D. Rounds
State Bar No. 4734
Matthew D. Francis
State Bar No. 6978
Ryan E. Johnson.
State Bar No. 9070
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation, | Case No. 2:11-cv-00745- RLH-CWH |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| v. | |
| NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company, | |
| Defendant. | |

On May 11, 2011, Plaintiffs Sandy Cooper and Garden Meadow, Inc. (collectively "Plaintiffs") filed their Complaint against Defendant Ningo Xingqiang Metallic Products Co., Ltd. ("Defendant") for copyright infringement. Docket No. 1. Defendants were served with the Summons and Complaint on May 11, 2011. Docket No. 9. Also on May 11, 2011, Plaintiffs filed the following documents: (1) Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof – Docket No. 6; (2) May 11, 2011 Declaration of Sandy Cooper – Docket Nos. 6-1-7; and (3) (Proposed) Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction – Docket No. 7. On May 11, 2011, this Court issued its Temporary Restraining Order and Order to Show Cause Regarding Preliminary

1

Injunction ("TRO"), setting a briefing schedule and a preliminary injunction hearing on May 25, 2011. *See* Docket No. 8. On May 12, 2011, Defendant was served with the Court's TRO. *See* Docket No. 10. On May 18, 2011, Plaintiffs posted the bond required by the Court for the TRO. *See* Docket Nos. 11 and 12. Because Defendant did not oppose Plaintiffs' Motion for Preliminary Injunction, Plaintiffs filed and served their Notice of Defendant's Non-Opposition to Plaintiffs' Motion for Preliminary Injunction and Request for Conversion of Temporary Restraining Order into Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof on May 19, 2011. Docket No. 13.

On May 25, 2011, the Court conducted its preliminary injunction hearing, which Defendant did not attend. *See* Docket No. 14. On May 25, 2011, the Court entered a Preliminary Injunction Order against Defendant. Docket No. 15. Because Defendant did not respond to Plaintiffs' Complaint, Plaintiffs requested that default be entered against Defendant on June 2, 2011. Docket No. 16. Default was entered against Defendant on June 3, 2011. Docket No. 17.

After reviewing all pleadings and papers on file in this matter, IT IS HEREBY ORDERED , ADJUDGED AND DECREED as follows:

Judgment is hereby entered for Plaintiffs and against Defendant in the sum of $1,800,000 for compensatory damages.

IT IS FURTHER ORDERED that judgment is hereby entered for Plaintiffs and against Defendant in the sum of $1,094.80 for prejudgment interest.

IT IS FURTHER ORDERED that judgment is hereby entered for Plaintiffs and against Defendant in the sum of $28,613.50 for attorneys' fees expended in this litigation.

IT IS FURTHER ORDERED that Defendants and their servants, agents, employees, successors and assigns, and all persons acting in concert or privity with them, are hereby permanently enjoined, singly and collectively from copying, making, manufacturing, using, possessing, selling, offering for sale, disclosing, exhibiting, reproducing, creating derivative works from, distributing, shipping, licensing, developing, delivering, marketing, advertising,

displaying, or promoting any products that infringe on Plaintiffs' copyrighted works protected by U.S. Copyright Registration Nos. VA 1-370-954, VA 1-425-762, VAu 967-188, VA 1-668-337, VA 1-747-291, VA 1-668-335, VA1-751-604, VAu 1-036-279, VA 1-679-965, VA 1-679-856, and VA 1-684-990, including the products shown on Exhibits N through U discussed in and attached to the May 11, 2011 declaration of Sandy Cooper filed herewith and incorporated by reference herein.

_____
United States District Judge

Dated: August 31, 2011