L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company,<br><br>Defendants. | CASE NO.   2:11-cv-00745-RLH-GWF<br><br>**ORDER GRANTING MOTION TO REOPEN AND ORDER TO SHOW CAUSE REGARDING CONTEMPT** |

Plaintiffs Sandy Cooper and Garden Meadow, Inc.'s ("Plaintiffs") Motion to Reopen and For Order to Show Cause [Doc. 7] and Memorandum in Support of Motion for Order to Show Cause Regarding Contempt [Doc. 8] having come before this Court, the Court having considered the moving papers and declaration in support thereof, and for good cause shown;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Reopen is GRANTED and case no. 2:11-cv-00745-RLH-GWF shall be reopened for the further hearings regarding whether Defendant violated the permanent injunction previously issued in this matter [Doc. 24];

IT IS FURTHER ORDERED that Defendant appear before the Court at Courtroom __6C__, United States Courthouse, 333 Las Vegas, Blvd. South, Las Vegas, Nevada 89101 at

1  __9:00 am__ on __July 19, 2012__, or as soon thereafter as counsel may be heard, to show cause
2  why Defendant should not be held in contemptl

3        IT IS FURTHER ORDERED that Service of this Order be made on Defendant or its
4  attorneys in accordance with Fed. R. Civ. P. 4, on or before __July 8, 2012__, at 5:00 P.M;

5        IT IS FURTHER ORDERED that Defendant's affidavits in opposition to the Motion for
6  Order to Show Cause Regarding Contempt be served on Plaintiffs' attorney by hand delivery or
7  by sending them by Federal express or email so that they are received by Plaintiff's attorney by
8  __July 6, 2012__ at 4:00 P.M.  Plaintiffs shall serve any additional brief by hand delivery or by
9  sending them by Federal express or email so that they are received by Defendant or its attorney
10 by __July 13, 2012__ at 4:00 P.M.

11       IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:__May 30, 2012__

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-04-27 Order Motion to Reopen and OSC.doc

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555