L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

## UNITED SATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation, | CASE NO. 2:11-cv-00745-RLH-GWF |
| Plaintiffs, | **ORDER GRANTING REQUEST TO CONTINUE HEARING** |
| vs. | |
| NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company, | |
| Defendant. | |

Plaintiffs Sandy Cooper and Garden Meadow ("Plaintiffs"), Request to Continue Hearing having come before this Court, the Court having considered the Request, and for good cause shown:

IT IS HEREBY ORDERED that the Show Cause hearing currently set for July 19, 2012 at 9:00 a.m. is continued to  Monday, October 22, 2012 at 10:30 a.m., Courtroom 6C,

and Defendant Ningbo Xingqiang Metallic Products Co., Ltd. ("Defendant") shall appear before the Court at Courtroom  6C , United States Courthouse, 333 Las Vegas, Blvd. South, Las Vegas, Nevada 89101 on that date and time to show cause why it should not be held in contempt:

IT IS FURTHER ORDERED that Service of this Order be made on Defendant or its attorneys in accordance with Fed. R. Civ. P. 4, on or before  October 1, 2012 , at 5:00 P.M;

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-07-18 Order on Request to Continue Hearing.doc

IT IS FURTHER ORDERED that Defendant's affidavits in opposition to the Motion for Order to Show Cause Regarding Contempt be served on Plaintiffs' attorney by hand delivery or by sending them by Federal express or email so that they are received by Plaintiffs' attorney by __October 10, 2012__ at 4:00 P.M. Plaintiffs shall serve any additional brief by hand delivery or by sending them by Federal express or email so that they are received by Defendant or its attorney by __October 12, 2012__ at 4:00 P.M.

IT IS SO ORDERED.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2012

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555