1  L. CHRISTOPHER ROSE, ESQ.
   Nevada Bar No. 7500
2  Email: lcr@juww.com
   TYLER N. URE, ESQ.
3  Nevada Bar No. 11730
   Email: tnu@juww.com
4  JOLLEY URGA WIRTH WOODBURY & STANDISH
   3800 Howard Hughes Pkwy., #1600
5  Las Vegas, Nevada 89169
   Telephone:   (702) 699-7500
6  Facsimile:   (702) 699-7555

7  Attorneys for Plaintiffs Sandy Cooper
   and Garden Meadow, Inc.

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation, | CASE NO.   2:11-cv-00745-RLH-GWF |
| Plaintiffs, | **ORDER GRANTING SECOND REQUEST TO CONTINUE HEARING** |
| vs. | |
| NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company, | |
| Defendant. | |

Plaintiffs Sandy Cooper and Garden Meadow ("Plaintiffs"), Request to Continue Hearing having come before this Court, the Court having considered the Request, and for good cause shown:

IT IS HEREBY ORDERED that the Show Cause hearing currently set for October 22, 2012 at 10:30 a.m. is continued to _____January 3, 2012_____ at __10:00 a.m.__, or as soon thereafter as counsel may be heard, and Defendant Ningbo Xingqiang Metallic Products Co., Ltd. ("Defendant") shall appear before the Court at Courtroom _____, United States Courthouse, 333 Las Vegas, Blvd. South, Las Vegas, Nevada 89101 on that date and time to show cause why it should not be held in contempt:

IT IS FURTHER ORDERED that Service of this Order be made on Defendant or its attorneys in accordance with Fed. R. Civ. P. 4, on or before December 3, 2012 , at 5:00 P.M;

Page 1 of 2

1    IT IS FURTHER ORDERED that Defendant's affidavits in opposition to the Motion for
2 Order to Show Cause Regarding Contempt be served on Plaintiffs' attorney by hand delivery or
3 by sending them by Federal express or email so that they are received by Plaintiffs' attorney by
4 _December 17, 2012_ at 4:00 P.M.  Plaintiffs shall serve any additional brief by hand delivery
5 or by sending them by Federal express or email so that they are received by Defendant or its
6 attorney by _December 21, 2012_ at 4:00 P.M.

8    IT IS SO ORDERED.

10    _____
     UNITED STATES DISTRICT JUDGE

11    DATED:____ October 19, 2012 ____

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-10-19 Order on Second Request to Continue Hearing.doc