L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

**FILED**

JAN 3 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company,<br><br>Defendant. | CASE NO. 2:11-cv-00745-RLH-GWF<br><br>**ORDER GRANTING THIRD REQUEST TO CONTINUE HEARING** |

Plaintiffs Sandy Cooper and Garden Meadow ("Plaintiffs"), Request to Continue Hearing having come before this Court, the Court having considered the Request, and for good cause shown:

IT IS HEREBY ORDERED that the Show Cause hearing currently set for January 3, 2012 at 10:00 a.m. is continued to February 13 at 2:00pm, or as soon thereafter as counsel may be heard, and Defendant Ningbo Xingqiang Metallic Products Co., Ltd. ("Defendant") shall appear before the Court at Courtroom 6 C, United States Courthouse, 333 Las Vegas, Blvd. South, Las Vegas, Nevada 89101 on that date and time to show cause why it should not be held in contempt:

IT IS FURTHER ORDERED that Service of this Order be made on Defendant or its attorneys in accordance with Fed. R. Civ. P. 5, on or before Jan. 4, 2013, at 5:00 P.M;

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-27-12 Order Granting Third Request to Continue.doc

1   IT IS FURTHER ORDERED that Defendant's affidavits in opposition to the Motion for
2   Order to Show Cause Regarding Contempt be served on Plaintiffs' attorney by hand delivery or
3   by sending them by Federal express or email so that they are received by Plaintiffs' attorney by
4   Jan. 25, 2013 at 4:00 P.M. Plaintiffs shall serve any additional brief by hand delivery
5   or by sending them by Federal express or email so that they are received by Defendant or its
6   attorney by Jan. 28, 2013 at 4:00 P.M.

8   IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Jan. 3, 2013

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-27-12 Order Granting Third Request to Continue.doc